CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

1/20/2023
LAURA A. AUSTIN, CLERK
BY: S. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

Urbanski
District Judge
(Assigned by Clerk's Office)

Hoppe
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 723cv00042
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under
**CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Christopher Cody Lester                                   1467184
Plaintiff Name                                            Inmate No.

v.

Penny Nemo   P.O. Box 784 Cedar Bluff, VA, 24609
Defendant Name & Address

Jim Shortt   100 E. Main St Tazewell, VA 24651
Defendant Name & Address

Mark Katherine Patten   P.O. Box 1200 Lebanon VA 24266
Defendant Name & Address

Russell County Department of Social Services Lebanon VA 24266
Defendant Name & Address

T.J. O'Brien   Lebanon, VA 24266
Defendant Name & Address

Healing Waters Counseling Center   Cedar Bluff VA 24609
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

**********************************************************

A. **Where are you now?** Name *and* Address of Facility:

Haysi Regional Jail Authority
Haysi, Virginia 24256

Defendant Name & Address

Travis Cross   Cedar Bluff VA 24609

Matt Whited   Richlands VA P.D. Richlands VA 24641

Richlands P.O   Richlands VA 24641

Barbra Merlette   Russell County DSS Lebanon VA 24266

Judge Michael Moore, Russell County Circuit Court
P.O. Box 435 Lebanon, VA 24266

Russell County VA Circuit Court Lebanon VA 24266

Christopher Cody Lester

B. Where did this action take place?

Lebanon Virginia 24266

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes       X No

If your answer to A is Yes, answer the following:

1. Court: Russell County Circuit Court
2. Case Number: CJ20-04-00, CJ20-08-00, CJ20-05-00, CJ20-07-00

D. Have you filed any grievances regarding the facts of this complaint?

X Yes       ___ No

1. If your answer is Yes, indicate the result:

No Relplies, Completely Ignored

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Falsely accusing of wrong doing
Conflict of interest                    Penbose
Pursery + Ross parental all rights

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

Loss of Residual Right and all rights
Pertaining to my kids.
See page 1 sec A 2 sec B 3 sec C

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Mental, Emotional, and Physical Compensation and Financial Compensation restore rights

G. If this case goes to trial, do you request a trial by jury?   Yes ✓   No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 1-10-23        SIGNATURE: Christopher Cody Lester

VERIFICATION:

I, Christopher Cody Lester, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 1-10-23        SIGNATURE: Christopher Cody Lester

1467784
Christopher C. Lester
P.O. Box 535
Haysi, VA 24256



KNOXVILLE TN 377
18 JAN 2023 PM 1 L

Clerk, United States District Court
210 Franklin Road. SW, Suite 540
Roanoke, VA 24011-2208

24011-220840